United States District Court
Southern District of Texas
**ENTERED**
January 14, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:22-MJ-00001 |
| | § | |
| CHELSEA LAUREN HUGHES | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A preliminary hearing and detention hearing were held today in accordance with Federal Rules of Criminal Procedure 5.1(a) and (e) and the Bail Reform Act, 18 U.S.C. § 3142(f). The Court heard argument from counsel for Defendant and the United States. The Court also heard testimony from ATF Special Agent Oscar Guardado. In this case, the Court finds probable cause and that detention of Defendant pending trial is appropriate. The following requires detention pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably assure the appearance of Defendant as required and the safety of the community.

(2) The information adduced at today's hearing indicates that there is sufficient credible and reliable evidence against Defendant that meets the probable cause standard.

After considering the factors set forth in 18 U.S.C. § 3142, I find that there is no condition or set of conditions that would adequately assure Defendant's presence at trial, or that would adequately assure the safety of any other person or the community.

Defendant, previously held in state custody, was brought to this Court on a writ on January 11, 2022. She currently has pending criminal cases in Victoria County, Texas, in which she has not posted bond. As Defendant's state charges remain pending, she is not eligible for bond in this case. The findings and conclusions contained in the Pretrial Services Report are adopted.

Defendant is committed to the custody of the United States Marshal or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 14, 2022.

_____
MITCHEL NEUROCK
United States Magistrate Judge