UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 6:22-MJ-00001 |
| | § | |
| CHELSEA LAUREN HUGHES | § | |

## MOTION TO DISMISS COMPLAINT

COMES NOW, the United States of America through Jennifer B. Lowery, Acting United States Attorney in and for the Southern District of Texas, and moves the Honorable Court to DISMISS without prejudice the above-entitled and numbered Complaint as to Defendant, CHELSEA LAUREN HUGHES, in the interest of justice.

          Respectfully submitted,

          JENNIFER B. LOWERY
          ACTING UNITED STATES ATTORNEY

By:   *s/ John G. Marck*
          JOHN G. MARCK
          Assistant United States Attorney
          Southern District of Texas No: 3679009
          New York Bar No:  5384417
          800 N. Shoreline Blvd, Suite 500
          Corpus Christi, Texas 78401
          Tel. (361) 888-3111
          Fax (361) 888-3200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **GOVERNMENT'S MOTION TO DISMISS COMPLAINT** has been sent by electronic notification to the Attorney for the defendant, John L Gill, on this January 24, 2022.

*s/ John G. Marck*
JOHN G. MARCK
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CASE NO. 6:22-MJ-00001 |
| CHELSEA LAUREN HUGHES | § | |

### ORDER TO DISMISS COMPLAINT

It is hereby ORDERED that the above-entitled and numbered complaint be DISMISSED without prejudice as to Defendant, CHELSEA LAUREN HUGHES.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas

DONE on this _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE